3

**FILED**

Jul 23 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ natallep          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

JONATHAN LEE ADKINS (1)
OSCAR HERNANDEZ (2),

                    Defendants.

Case No.:  '19 CR2761 JM

I N F O R M A T I O N

Title 8, U.S.C., Secs.
1324(a)(1)(A)(ii) –
Transportation of Certain
Aliens

The United States Attorney charges:

Counts 1 - 7

On or about June 26, 2019, within the Southern District of California, defendants JONATHAN LEE ADKINS and OSCAR HERNANDEZ, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|-------|------|
| 1 | Maria Isabel Zaragoza-Sanchez |
| 2 | Pedro Bautista-Ortiz |
| 3 | Jose Camarena-Leon |
| 4 | Enrique Lorenzo-Perez |

DTK:mt:7/10/2019

1       5      Matias Perez-Hernandez

2       6      Genaro Perez-Santiago

3       7      Jose Francisco Torres-Godinez

4 in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

5    DATED: _____7/23/19_____.

6                            ROBERT S. BREWER, JR.

7                            United States Attorney

8                            DEREK T. KO

9                            Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28